## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EARON DREVON DAVIS,**

CASE NO: **2:23–CV–01530–DJC–KJN**

v.

**EL HOGAR MENTAL HEALTH &AMP; COMM SERVICES,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/02/23**

**Keith Holland**
Clerk of Court

ENTERED: **November 2, 2023**

by: /s/ A. Benson
Deputy Clerk